640

389 A.2d 698

Neiman et al. v. Walker et al., Appellants.

Walker et al., Appellants, v. Neiman et al.

Argued March 14, 1978. Daniel W. Shoemaker, with him Barbara Orsburn Stump, for appellants; Carl H. Cordes, for appellees.

Orders affirmed.

389 A.2d 698

Olinger et al., Appellants, v. Western Maryland Railway Company et al.

Argued March 15, 1978. Robert L. McQuaide, with him Swope & Frazee, for appellants; Chester Gitt Schultz, with him Edward B. Bulleit, for appellee, Western Maryland Railway Company; No appearance entered nor brief submitted for appellee, Gettysburg Travel Council, Inc.

Order affirmed.

HOFFMAN, J., dissented.